**Order entered September 6, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00336-CV

### NET WORTH REALTY USA, LLC, ET AL., Appellants

### V.

### IRMGARD DENNEY, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-03776**

## ORDER

Before the Court is appellants' September 5, 2018 unopposed motion for an extension of

time to file a reply brief. We **GRANT** the motion and extend the time to **September 20, 2018**.

/s/      ADA BROWN
JUSTICE